UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80645-CIV-SINGHAL

RANDY DOTY, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

ADT, LLC, d/b/a SECURITY SERVICES,
a Delaware limited liability company,
and TELESFORO AVILES, an individual,

    Defendants.
_____/

## PARTIAL FINAL JUDGMENT

**THE COURT** having entered an Order (DE [31]) granting in part Defendant ADT, LLC's Motion for Judgment on the Pleadings (DE [24]), it is hereby

**ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of ADT, LLC and against Plaintiff Randy Doty on Count II of Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of July 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF